## WHITFIELD-BAKER COMPANY *v.* ANDERSON.

FISH, C. J. When exceptions of fact to the report of an auditor are submitted to a jury, they must return a verdict on each exception seriatim. Civil Code, § 5146; *Harris* v. *Lumpkin,* 136 *Ga.* 47 (6), 52 (70 S. E. 869)'.

(a) In such a case a verdict as follows: "We the jury find in favor of the auditor's report and against the exceptions," was contrary to law and must be set aside. *Kennedy* v. *Brand,* 95 *Ga.* 539 (20 S. E. 631).

(b) Failure of a party to object to the reception of such a verdict will not preclude him from subsequently attacking it.

*Judgment reversed. All the Justices concur.*

AUGUST 31, 1917.

Exceptions to auditor's report. Before Judge Highsmith. Glynn superior court. June 8, 1916.

*Bolling Whitfield,* for plaintiff.